# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOREEN KOSTELNICK,**<br>　　　　**Plaintiff**<br><br>　　v.<br><br>**MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,**<br>　　　　**Defendant** | 3:12cv901<br><br>(Judge Munley) |

# ORDER

**AND NOW**, to wit, this 9th day of December 2013, it is hereby **ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of Plaintiff Doreen Kostelnick and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying plaintiff's supplemental security income benefits is **VACATED** and the case **REMANDED** to the Commissioner of Social Security to fully develop the factual record, conduct a new administrative hearing and appropriately evaluate the medical and vocational evidence and the credibility of the plaintiff.

3. The Clerk of Court shall close this case.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**s/ James M. Munley**
　　　　　　　　　　　　　　　　**JUDGE JAMES M. MUNLEY**
　　　　　　　　　　　　　　　　**United States District Court**